<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1938**

MILTON LEWIS,

            Plaintiff - Appellant,

      v.

NORFOLK SOUTHERN RAILWAY COMPANY,

            Defendant - Appellee.

Appeal from the United States District Court for the District of
South Carolina, at Aiken.   Margaret B. Seymour, District Judge.
(1:07-cv-03231-MBS)

Submitted:  February 24, 2011       Decided:  February 28, 2011

Before GREGORY, SHEDD, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Milton Lewis, Appellant Pro Se.   Christopher Mark Kelly, Daniel
Bowman White, GALLIVAN, WHITE & BOYD, PA, Greenville, South
Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Milton Lewis appeals the district court's order granting the Defendant's motion for summary judgment and motion in limine. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Lewis v. Norfolk S. Ry., Inc., No. 1:07-cv-03231-MBS (D.S.C. July 16, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED